**Order filed July 26, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00113-CV
_____

## IN THE MATTER OF THE MARRIAGE OF CARRIE HOLLOMAN SLAGLE AND ALAN PAUL SLAGLE

On Appeal from the 300th District Court
Brazoria County, Texas
Trial Court Cause No. 76596-F

## ORDER

The trial court held hearings on February 2 and 3, 2016, which are relevant to this court's determination of its jurisdiction over this appeal. Appellant, Alan Paul Slagle, has been deemed indigent and is permitted to proceed in this appeal without prepayment of costs. *See* Tex. R. App. P. 20.1(k). Accordingly, the court **ORDERS** the official court reporter of the 300th District Court to prepare and file the reporter's record of the February 2 and 3, 2016, hearings by **August 25, 2016**.

PER CURIAM